No. 87–1622. BRENDALE v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.;

No. 87–1697. WILKINSON v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.; and

No. 87–1711. COUNTY OF YAKIMA ET AL. v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL. C. A. 9th Cir. [Certiorari granted, 487 U. S. 1204.] Motion of petitioner Philip Brendale for reconsideration of order denying motion for additional time for oral argument and for divided argument [*ante*, p. 886] denied.

No. 87–1848. CITY OF DALLAS ET AL. v. STANGLIN, INDIVIDUALLY AND DBA TWILIGHT SKATING RINK. Ct. App. Tex., 5th Dist. [Certiorari granted, *ante*, p. 815.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 87–1882. NEITZKE ET AL. v. WILLIAMS. C. A. 7th Cir. [Certiorari granted, *ante*, p. 816.] Motion for appointment of counsel granted, and it is ordered that George A. Rutherglen, Esq., of Charlottesville, Va., be appointed to serve as counsel for respondent in this case.

No. 88–5054. SULLIVAN v. SULLIVAN, *ante*, p. 812. Motion of appellant for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 88–5526. BETKA v. A–T INDUSTRIES, INC., ET AL. Appeal from Ct. App. Ore. Motion of appellant for leave to proceed *in forma pauperis* denied. Appellant is allowed until November 28, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would dismiss the appeal without reaching the merits of the motion to proceed *in forma pauperis*.